IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AYDELYS DEL SOCORRO PONCE-PINEDA,<br><br>Plaintiff-Petitioner,<br><br>VS.<br><br>PAMELA JO BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of Homeland Security; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MIGUEL VERGARA, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and ROSE THOMPSON, Facility Administrator, Karnes County Immigration Processing Center; in Their Official Capacities,<br><br>Defendants-Respondents. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-25-CV-1021-FB |

**ORDER CONCERNING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION**

Before the Court is Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (docket no. 3). After careful consideration, the Court is of the opinion that the motion should be denied in part and deferred in part. Specifically, the motion will be denied insofar as Petitioner seeks a temporary restraining order instructing Respondents to release Petitioner and deferred insofar as Petitioner seeks a preliminary injunction.

Petitioner moves the Court to issue a temporary restraining order ("TRO") and/or preliminary injunction, requiring Respondents to release her from immigration detention during the pendency of these habeas corpus proceedings until further order of the Court. Petitioner makes this request based on her detention under *Matter of Q. Li*, 29 I&N Dec. 66 (BIA 2025), which began on June 11, 2025, and her immigration judge's denial of a bond hearing on June 20, 2025.

The purpose of a TRO is to preserve the status quo and prevent irreparable harm until the Court makes a final decision on injunctive relief. *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439 (1974); *Beyhaqi v. Noem*, No. CV H-25-1788, 2025 WL 1196003, at *2 (S.D. Tex. Apr. 22, 2025). Here, Petitioner has not demonstrated a TRO serves the underlying purpose of preserving the status quo, or that she is likely to suffer irreparable harm if she remains in detention pending a final decision on her request for a preliminary injunction.

IT IS THEREFORE ORDERED that Petitioner's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (docket no. 3) is DENIED in PART and DEFERRED in PART as follows:

IT IS HEREBY ORDERED that the Motion is DENIED insofar as Petitioner seeks release from detention pending a decision on her motion for preliminary injunction. Petitioner's Motion for Preliminary Injunction is DEFERRED pending a hearing to be set by United States Magistrate Judge Richard B. Farrer.

IT IS FURTHER ORDERED this case is set for an attorneys-only status conference before United States Magistrate Judge Richard B. Farrer on **August 25, 2025, at 10:30 a.m.** Counsel for all parties are required to appear by Zoom for the conference. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

It is so ORDERED.

SIGNED this 20th day of August, 2025.

FRED BIERY
UNITED STATES DISTRICT JUDGE