IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AYDELYS DEL SOCORRO PONCE-PINEDA, | § § § § § § § § § § § § § § | 5:25-CV-01021-FB-RBF |
| *Plaintiff,* | | |
| vs. | | |
| PAMELA JO BONDI, KRISTI LYNN NOEM, ACTING DIRECTOR TODD M. LYONS, MIGUEL VERGARA, MAJOR ROSE THOMPSON, | | |
| *Defendants.* | | |

## **ORDER**

Before the Court is the status of this case, which was referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 5.

**IT IS ORDERED** that the Government defendants shall respond to Plaintiff's Habeas Corpus claims within **thirty (30) days** from the date of this Order.

**IT IS FURTHER ORDERED** that the deadline to respond as to any additional claims shall be governed by the appropriate rule.

To the extent the parties are in disagreement about these deadlines, they should confer with one another and an aggrieved party may file, within 7 days from the date of this order, a

motion requesting additional or different relief as well as any needed clarification from the Court.

**IT IS SO ORDERED**.

SIGNED this 25th day of August, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE